**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-3055-01/02-CR-S-GAF |
| | ) | |
| JERRY M. HANLEY and | ) | |
| VICKI K. HANLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Now pending before the Court is Defendants' Motion to Suppress (Doc. #32) in which Defendants contend that there was not probable cause to support the search warrant in this case because the affidavit includes hearsay, the information from an anonymous source was not corroborated, there is nothing to establish the reliability, credibility or veracity of the confidential informant, and the affidavit is based on stale information. Defendants assert that the evidence seized and any subsequent statements made should be suppressed.

On January 3, 2008, Chief United States Magistrate Judge James C. England conducted an evidentiary hearing. On January 17, 2008, Judge England issued his Report and Recommendation (Doc. #36).

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge James C. England.

Accordingly, it is hereby ORDERED that Defendants' Motion to Suppress is OVERRULED and DENIED.

SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: February 11, 2008