**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 07-03055-01-CR-S-GAF |
| ) | |
| **JERRY MICHAEL HANLEY,** ) | |
| ) | |
| **Defendant.** ) | |

**FINAL ORDER OF FORFEITURE**

The matter is before the Court on the Motion of the United States for a Final Order of Forfeiture.

On September 30, 2008, this Court entered a Preliminary Order of Forfeiture, ordering defendant Jerry Michael Hanley to forfeit all of his right, title, and interest in the following described property:

(1) Forty-Four Thousand Two Hundred Five Dollars and 00/100 ($44,205.00) in United States Currency and all interest and proceeds traceable thereto; and

(2). Lots, tracts or parcels of land, lying, being and situate in the County of Howell and State of Missouri, to-wit:

A part of the West ½ of Lot 3 of the Northwest Quarter of Section 3, Township 24, Range 9, described as follows: Beginning at the Northwest corner of said West ½ of Lot 3 of the Northwest quarter; thence South along the West line of said West ½ of Lot 3 of the Northwest Quarter 630 feet; thence East parallel with the North line of said West ½ of Lot 3 of the Northwest Quarter 210 feet; thence North parallel with the West line of said West ½ of Lot 3 of the Northwest Quarter 630 feet; thence West along the North line of said West ½ of Lot 3 of the Northwest Quarter 210 feet to the point of beginning.

(3). Calwest Co., Jennings J-22 .22 caliber pistol, serial number 552854;

(4). Browning Arms Signature Model nine millimeter pistol, serial number

245PN58149;

(5). Ruger Mark II Target .22 caliber pistol, serial number 210-54660;

(6). Mossberg Model 500A 12 gauge shotgun, serial number K383895; and

(7). Colt Sporter Match HBAR.223 caliber rifle, serial number 058247.

The United States caused to be published on the Internet site www.forfeiture.gov, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

No timely claim has been filed.

The Court finds that defendant Jerry Michael Hanley had an interest in the property that is subject to forfeiture.

Therefore, it is hereby **ORDERED, ADJUDGED AND DECREED**:

That the above-described property is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853(n).

**IT IS FURTHER ORDERED THAT** all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

**IT IS FURTHER ORDERED THAT** the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**IT IS FURTHER ORDERED THAT** the Clerk of the Court shall forward four certified copies of this Order to the United States Attorney's Office, Attention: Robyn L. McKee, Assistant U.S. Attorney 901 St. Louis, Suite 500, Springfield, MO 65806-2511.

**IT IS SO ORDERED**.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: **March 4, 2009**