# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 07-3055-01-CR-S-GAF |
| JERRY M. HANLEY, | ) | |
| Defendant. | ) | |

## AMENDED ORDER GRANTING MOTION FOR STAY OF SURRENDER FOR MEDICAL REASONS

Now pending before the Court is Defendant's Motion for Stay of Surrender for Medical Reasons. Defendant requests an extension of time to allow the Defendant and his counsel to try to persuade the Bureau of Prisons to reconsider its decision to send Defendant to Rochester, Minnesota. For good cause shown, and there being no objection by opposing counsel, it is

ORDERED that Defendant is granted an extension of time to and including May 15, 2009, to self surrender to the Bureau of Prisons.

IT IS FURTHER ORDERED that there will be no further extensions. The parties are advised that the Bureau of Prisons has the ultimate authority to designate placement of inmates.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: April 29, 2009